# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| QIANA C. SHEPPARD, | ) |
| | ) |
| Plaintiff | ) Civil Action File No. |
| vs. | ) 1:13-cv-03947-RWS-RGV |
| | ) |
| LAW OFFICES OF ROSS GELFAND, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action.

Respectfully submitted this 18th day of September, 2014.

By:   **THE KOVAL FIRM, LLC**

s/Steven H. Koval
Steven H. Koval
Georgia Bar No. 428905
Attorney for Plaintiff

3575 Piedmont Road
15 Piedmont Center, Suite 120
Atlanta, GA  30305
Telephone:  (404) 513-6651
Facsimile: (404) 549-4654
E-mail:  SHKoval@aol.com

BY: **GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, P.L.C.**

s/Stephanie Dovalina
Stephanie Dovalina
Georgia Bar No. 424335

s/Todd M. LaDouceur
Todd M. LaDouceur
Georgia Bar No. 430580

Attorneys for Defendant

990 Hammond Drive, Suite 770
Atlanta, GA 30328
Telephone: 678-951-1500
Fax: 850-436-7099
E-Mail: tmlservice@gjtbs.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing Stipulation of Dismissal with Prejudice by electronically filing this document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to Defendant's attorneys of record as follows:

Stephanie Dovalina, Esq.

Todd M. LaDouceur, Esq.

This 18th day of September, 2014.

By:   s/Steven H. Koval
      Steven H. Koval
      Georgia Bar No. 428905
      Attorney for Plaintiff

THE KOVAL FIRM, LLC
3575 Piedmont Road
15 Piedmont Center, Suite 120
Atlanta, GA  30305
Telephone:  (404) 513-6651
Facsimile: (404) 549-4654
E-mail:  SHKoval@aol.com